No. 3314.—RIVERA ET AL., APDOS., v. LÁZARO ET AL., APLTES. —C. D. San Juan, Distrito 1°.  Mayo 31, 1924.  Cobro de dinero.  Desestimada la apelación por los fundamentos de la opinión en *Díaz* v. *Porto Rico Railway, Light & P. Co.,* 33 D. P.R. 289, y *Díaz* v. *Porto Rico Railway, Light & Power Co.,* 32 D.P.R. 95, 99.

Los Jueces Sres. Presidente del Toro y Asociado Sr. Hutchison disintieron.